FILE COPY

SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

March 16, 2015

Johnniel Ferguson Jr.
#1685061 TDCJ
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

**RE:** **Court of Appeals Number:** 01-10-01095-CR, 01-10-01096-CR,
**Trial Court Case Number:** 1147702, 1167538

**Style:** Johnniel Ferguson, Jr. v. The State of Texas

This is to acknowledge your communication received March 6, 2015, with reference to your direct appeal. Please be advised that the current status of your appeal is:

1. Was affirmed.

2. Enclosed is a copy of the Opinion in your appeal.

3. This Court does not provide copies of any documents without prepayment of costs. The fees associated with obtaining copies of court records are as follows: ten cents ($0.10) per page for the first 50 pages, and 50 cents ($0.50) per page thereafter. Please mark clearly on the enclosed docket sheet all documents being requested. The quote that will be provided to you upon return of this docket sheet will include the total fees associated with your copy request, and also includes a fee (if applicable) for any required postage.

Very truly yours,

Christopher A. Prine
Clerk of the Court